IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2008 JUL 22 AM 10:51

UNITED STATES OF AMERICA )
)
v. )
)
HUNG THIEN LY, ) CASE NO. CR407-286
)
Defendant. )
)

## O R D E R

Before the Court is the United States of America's Motion in Limine. (Doc. 64.) Therein, the Government asks the Court to instruct and direct Defendant, as well as any witness presented by the defense, not to mention or refer in any way to the Court's Orders denying appointment of counsel and reconsideration of that issue.

Evidence regarding the appointment of counsel issue is not relevant to the criminal charges faced by Defendant. The evidence is also prejudicial to the Government's case. See Fed. R. Evid. 402 & 403. Accordingly, the Government's Motion is **GRANTED**.

Neither Defendant Ly nor any witness called by him will be permitted to refer in any way at trial to the appointment of counsel issue. The material to which Defendant Ly is absolutely prohibited from mentioning at trial includes, but is not limited to, the following:

1. Dr. Ly's motions for appointment of counsel, motions for reconsideration, or petitions for writ of mandamus relating to the appointment of counsel.

2. Any of the Court's Orders relating to the appointment of counsel.

3. Any information concerning the Government's opposition to appointment of counsel.

4. Dr. Ly's financial circumstances or any claim that he is indigent.

SO ORDERED this 22ND day of July, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA