IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HUNG THIEN LY, | ) | CASE NO. CR407-286 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

On July 14, 2008, the Court held a pre-trial conference in this case. Shortly before the conference, Defendant Hung Thien Ly filed two motions: (1) "Motion to Initiate His Own Investigation by Engaging in Conversation with All Potential Witnesses" (Doc. 58) and (2) "Motion to Declare This is a Complicated Case Which Requires More Time for Pretrial Motions than a Speedy Trial Case" (Doc. 59). The Court disposed of the first motion during the conference, and it is therefore **DENIED AS MOOT.**

With respect to the second motion, the Court agrees with Defendant that this case is a complicated case requiring a significant amount of time for pretrial motions and trial preparation. To this end, the Court has granted Defendant Ly numerous extensions of time to file pretrial motions. The final 30-day extension of time was granted on

March 17, 2008. The final deadline for filing pretrial motions was therefore April 17, 2008.

Despite this April 17, 2008 deadline, the Court has continued to permit Defendant to file pretrial motions. The Court has considered and ruled upon motions filed as recently as July 18, 2008. Accordingly, although the Court agrees that the case is complicated and that Defendant requires more time than usual to prepare for trial, he has <u>already</u> been granted a significant amount of additional time. Accordingly, no further extensions will be granted, and Defendant's Motion is **DENIED**. The trial shall begin, as scheduled, on August 11, 2008.

SO ORDERED this 30th day of July, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA