IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
HUNG THIEN LY, ) CASE NO. CR407-286
)
Defendant. )
)

## ORDER

Before the Court are the following motions filed by the Government: (1) Request for Discovery (Doc. 83) and (2) Motion for Bifurcated Trial (Doc. 102). After careful consideration and for the following reasons, these Motions are **GRANTED**.

First, in its Request for Discovery, the Government asks the Court to order Defendant Hung Thien Ly to provide a complete list of the witnesses he intends to call at trial. The decision of whether to order disclosure of non-expert witness lists prior to trial is within the Court's discretion. See, e.g., United States v. Colson, 662 F.2d 1389, 1391 (11th Cir. 1981)(explaining that "requiring production of a list of the government's witnesses is a matter of judicial discretion"); United States v. Fletcher, 74 F.3d 49, 54 (4th Cir. 1996)(holding that trial court has discretion to order disclosure of government and/or defense

witness lists). In this case, the Government has already provided Defendant with a list of its witnesses. **Defendant is hereby ORDERED to produce to the Government a list of the witnesses he intends to call at trial. This list must be provided no later than Thursday, August 7, 2008.**

Second, the Government requests that the trial of this case be bifurcated into two phases in order to separate the forfeiture proceedings from the determination of the Defendant's guilt or innocence. The Government's Motion is **GRANTED.** Counsel shall refrain from making arguments regarding forfeiture during the guilt/innocence stage of the trial. If Defendant is found guilty, the parties will have the opportunity to present additional evidence, if necessary, and to make arguments to the jury on the issue of forfeiture. The Court will then charge the jury with specific instructions regarding forfeiture.

SO ORDERED this 4th day of August, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA