IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
HUNG THIEN LY, ) CASE NO. CR407-286
)
    Defendant. )
)

## O R D E R

On Monday, August 18, 2008, the Court entered a Preliminary Order of Forfeiture in this case. Accordingly, the Government's Motion for a Preliminary Order of Forfeiture (Doc. 149) is **DENIED AS MOOT**.

SO ORDERED this 20th day of August, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA