IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
HUNG THIEN LY, ) CASE NO. CR407-286
)
Defendant. )
)

## ORDER

Defendant Ly has filed a motion requesting a new trial, an appointment of counsel, and an appropriation from the Criminal Justice Act fund.[1] (Doc. 148.) Because the Court finds Defendant's claims to be without merit, the Motion is **DENIED**.

SO ORDERED this 20th day of August, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant also attempts to file a notice of appeal. However, a criminal defendant may not pursue an appeal until judgment has been entered. Upon sentencing and entry of judgment, Defendant will then have ten days in which to timely file a notice of appeal. Fed. R. App. Proc. 4(b)(1)(A).