IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
HUNG THIEN LY, ) CASE NO. CR407-286
)
Defendant. )
)

## O R D E R

Before this Court are Defendant Hung Thien Ly's Motions for Transcripts Free of Charge; one seeking his trial transcript and the other seeking transcripts from pretrial hearings. (Docs. 155 & 158.) Defendant claims he is entitled to his transcripts free of charge because he is indigent. (Id.) However, as this Court has already informed Defendant, he is not indigent. (Docs. 11 & 15.) Accordingly, Defendant's Motions are **DENIED**.

SO ORDERED this 6th day of October, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA