IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
) CASE NO. CR407-286
HUNG THIEN LY, )
)
Defendant. )
)

# ORDER

Before the Court is Defendant Hung Thien Ly's Motion for Appointment of Counsel on Appeal, Appropriation from the Criminal Justice Act Funds, and Notice of Appeal. (Doc. 193.) After careful consideration, and for the same reasons set forth in the prior Orders in this case (Docs. 11, 15, & 152), the Court finds that Defendant is not indigent and that his claims to the contrary are without merit.[1] Therefore, Defendant is neither entitled to

---

[1] The Court is further confused by Defendant's continual assertion that he should receive appointed counsel because he cannot speak English. (Doc. 193 at 1.) Defendant received an undergraduate degree from San Diego State University, spent four years in post graduate study at the George Washington University, and then received an M.D. form the medical school at the University of North Carolina at Chapel Hill. (Doc. 13 at 1-3.) The notion that Defendant could possibly have completed his rigorous academic studies at prestigious American universities and not be proficient at the English language is no less than absurd.

appointed counsel, nor funds under the Criminal Justice Act. Accordingly, Defendant's Motion is **DENIED**.[2]

SO ORDERED this 15th day of June, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[2] At the time of this Motion, Defendant had already filed a timely Notice of Appeal. (Doc. 191.) Accordingly, the Notice of Appeal in this Motion is duplicative and is **DISMISSED AS MOOT**.