IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
HUNG THIEN LY, ) CASE NO. CR407-286
)
Defendant. )
)

## O R D E R

Before the Court is the Government's Motion for a Final Order of Forfeiture. (Doc. 195.) The Motion seeks a final order of forfeiture for property deemed forfeit in this Court's May 15, 2009 Judgment. (Doc. 190 at 7.) Specifically, the Government seeks the forfeiture of $6,580.00 in United States Currency ("the Currency"). (Id.)

The Currency was first addressed in this Court's August 18, 2008, Preliminary Order of Forfeiture, which deemed the Currency to be forfeit. (Doc. 147.) Since that time, the United States has, in accordance with 21 U.S.C. § 853, published a notice of the forfeiture of the Currency and the requirements for filing a claim to the Currency on a government website, www.forfeiture.gov, for thirty (30) consecutive days starting on October 8, 2008 and ending on November 6, 2008. The Government also filed an Affidavit of Publication on December 9, 2008, evidencing these publication dates. (Doc. 170.) The Court

finds that no timely claim to the Currency has been filed and that Defendant had an interest in the property subject to forfeiture pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby **ORDERED** that the $6,580.00 in U.S. Currency is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853; that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of by law; that all expenses of the Department of Justice and the United States Marshals Service related to the seizure and forfeiture of the subject property, namely $6,580.00 in U.S. Currency, shall be paid from said U.S. Currency; that all remaining funds and proceeds shall be deposited by the United States Marshals Service into the Department of Justice Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c); and that this Court shall retain jurisdiction of this case for the purpose of enforcing this Order.

SO ORDERED this 5th day of October, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA