PROB 35
(Rev. 6/17)

# Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　Crim. No.　4:07CR00286-1

Hung Thien Ly

On June 14, 2016, the above named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Marion Pugh
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _____22ND_____ day of November, 2019.

_____
William T. Moore, Jr.
Judge, U.S. District Court

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
_____M_____
_____11/22/2019_____
Deputy Clerk